**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 05-2143**

―――――――――――

DALE E. BRUM, individually, and on behalf of
all persons similarly situated;

                                    Plaintiff - Appellant,

TIMOTHY A. FITTRO,

                          Intervenor/Plaintiff - Appellant,

        and

JAMES FOUGHT; LARRY B. SUTPHIN, JR.; BRIAN L.
WEAVER; MICHAEL P. LEGGETT; RANDALL T.
RENALDO; DUANE E. ANDERSON; BERNARD R. BARLEY,
JR.; PATRICK V. PALATTELLA; JIMMY MARTIN;
LELAND ROBERT TANNER,

                             Intervenors/Plaintiffs,

        versus

STATE OF WEST VIRGINIA,

                               Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Southern
District of West Virginia, at Parkersburg.  Joseph Robert Goodwin,
District Judge.  (CA-04-1014-6)

―――――――――――

Submitted:  May 16, 2006            Decided:  May 18, 2006

―――――――――――

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

_____

Dale E. Brum, Timothy A. Fittro, Appellants Pro Se.  Charlene Ann Vaughan, Deputy Attorney General, John C. Krivonyak, William P. Jones, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dale E. Brum and Timothy A. Fittro appeal the district court's order dismissing Brum's civil action challenging West Virginia's domistic relations law and policy regarding child custody and child support. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brum v. West Virginia, No. CA-04-1014-6 (S.D.W. Va. Sept. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED